JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARIA SANCHEZ, | Case No. 2:21-cv-08175-FLA (PVCx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** **[DKT. 21]** |
| TARGET CORPORATION, et al., | |
| Defendants. | |

     On July 15, 2022, Plaintiff Maria Sanchez ("Plaintiff") filed a Joint Stipulation Regarding Complete Dismissal of Action with Prejudice ("Stipulation"), requesting the court dismiss the action with prejudice, with each side to bear her or its own attorney's fees and costs. Dkt. 21. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are vacated. Plaintiff's Motion to Remand Case, Dkt. 13, is DENIED as moot.
2. The court DISMISSES the action with prejudice, with each side to bear her or its own attorney's fees and costs.

     IT IS SO ORDERED.

Dated: July 18, 2022

                                           FERNANDO L. AENLLE-ROCHA
                                           United States District Judge